```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 12213
   MARLESA WRIGHT
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-0280

-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
    The case was filed on 05/14/2008 and was not confirmed.

    The case was dismissed without confirmation 07/17/2008.
-----------------------------------------------------------------------------
CREDITOR NAME            CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
-----------------------------------------------------------------------------

PRO SE DEBTOR         DEBTOR ATTY             .00                         .00
TOM VAUGHN            TRUSTEE                                             .00
DEBTOR REFUND         REFUND                                              .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                          RECEIPTS         DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                          --------------    --------------
TOTALS                         .00                  .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 10/29/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE